**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO.: 6:17-cv-01612-CEM-GJK**

SE PAINTING AND WATERPROOFING,
INC., a Florida Corporation,

    *Plaintiff*,

v.

THE TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT, a Foreign Corporation,

    *Defendant.*
_____/

**MOTION FOR EXTENSION OF TIME**
**TO FILE MOTION FOR ATTORNEY'S FEES AND COSTS AND**
**MOTION FOR ORDER COMPELLING MEDIATION**

    Plaintiff, SE Painting and Waterproofing, Inc., to pursuant to Fed. R. Civ. P. 54 and M.D. Fla. L.R. 4.18, moves this Court for entry of an Order granting an extension of time to file its Motion for Attorney's Fees and Costs, as follows:

    1.    On June 28, 2018, Judgment was entered in favor of Plaintiff [D.E. 22].

    2.    On July 3, 2018, this Court entered an Order [D.E. 24] granting Plaintiff's Motion for Extension of Time to File Motion for Attorney's Fees and Costs [D.E. 23] to August 1, 2018.

    3.    The parties have been working toward a global resolution to this matter, but have not yet reached an agreement. For this reason, Plaintiff has not yet prepared and filed its motion for attorney's fees and costs.

    4.    This Court previously ordered the parties to mediation. That mediation never occurred. Plaintiff respectfully suggests that it is in the interest of judicial economy, as well as the economy of the parties' resources, for the parties to mediate on a global basis, rather than

addressing the matter piecemeal. If the Court declines to order the parties to mediation, then Plaintiff requests an additional two weeks, until August 15, 2018, within which to file its Motion for Attorney's Fees and Costs.

5. This motion is made in good faith and not for any improper purpose, nor will it prejudice any party. Counsel for Defendant indicated Defendant has no objection to the requested additional time, but does not agree to an order sending the parties to mediation.

6. Under Rule 6 of the Federal Rules of Civil Procedure, a court may grant an extension of time for good cause shown if a motion is made before the original time to act expires. *See Jozwiak v. Stryker Corp.*, 2010 WL 743834, at *3 (M.D. Fla. Feb. 26, 2010). This motion has been filed in advance of the deadline, and good cause exists for the relief requested herein. But this Court also has the authority to control its own docket, and to compel mediation consistent with its prior orders and the M.D. Fla. Local Rules.

WHEREFORE, Plaintiff, SE Painting and Waterproofing, Inc., respectfully request an Order compelling the parties to the mediation that was previously ordered, or granting an extension of time to file its Motion for Attorney's Fees and Costs through August 15, 2018, and for any other relief this Court deems equitable, just and proper.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), the undersigned certify that he conferred with counsel for The Travelers, Andrew Grigsby, by email and telephone on August 1, 2018, in a good faith effort to resolve the issues raised in this Motion, and is authorized to represent that Defendant does not object to the request for extension of time to file the Motion for Attorney's Fees and Costs, but otherwise objects to the relief sought herein.

Case No.: 6:17-cv-01612-CEM-GJK

Respectfully Submitted,

VER PLOEG & LUMPKIN, P.A.
301 E. Pine Street, Suite 790
Orlando, FL 32801
407-380-9312
407-601-7905 *facsimile*

/s/ Stephen A. Marino, Jr.
**Stephen A. Marino, Jr.**
Florida Bar No. 79170
smarino@vpl-law.com
smcgee@vpl-law.com
cmiller@vpl-law.com
*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on August 1, 2018, on all counsel or parties of record on the Service List below.

/s/ Stephen A. Marino, Jr.
**Stephen A. Marino, Jr.**

Case No.: 6:17-cv-01612-CEM-GJK

## SERVICE LIST

Todd E. Copeland, Esq.
Robert J. Crohan, Jr., Esq.
Todd E. Copeland & Associates, P.A.
338 N. Magnolia Avenue, Suite B
Orlando, FL 32801
407-999-8995
407-849-1806 *facsimile*
toddc@toddcopeland.com
robertc@toddcopeland.com
*Co-Counsel for Plaintiff*

Lee Jacobson, Esq.
Hale, Hale & Jacobson, P.A.
2876 South Osceola Avenue
Orlando, FL 32806
407-425-4640
407-425-4641 *facsimile*
lee@hhlegal.com
monica@hhlegal.com
*Co-Counsel for Plaintiff*

Stephen A. Marino, Jr., Esq.
Ver Ploeg & Lumpkin, P.A.
301 E. Pine Street, Suite 790
Orlando, FL 32801
407-380-9312
407-601-7905 *facsimile*
smarino@vpl-law.com
smcgee@vpl-law.com
cmiller@vpl-law.com
*Co-Counsel for Plaintiff*

Andrew E. Grigsby, Esq.
Melissa A. Gillinov, Esq.
Hinshaw & Culbertson LLP
2525 Ponce de Leon Blvd., 4th Floor
Miami, FL 33134
305-358-7747
305-577-1063 *facsimile*
agrigsby@hinshawlaw.com
mgillinov@hinshawlaw.com
*Counsel for Defendant*