UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SE PAINTING & WATERPROOFING, INC.,**

      **Plaintiff,**

v.                                                           Case No: 6:17-cv-1612-Orl-41GJK

**THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,**

      **Defendant.**
                                        /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Attorney's Fees and Costs ("Motion," Doc. 30). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 36), in which he recommends granting in part and denying in part the Motion. After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Attorney's Fees and Costs (Doc. 30) is **GRANTED in part** and **DENIED in part**.

   a. Plaintiff is awarded $6,215 in attorney's fees and $460 in costs.

   b. The Motion is denied in all other respects.

**DONE** and **ORDERED** in Orlando, Florida on February 20, 2019.



Copies furnished to:

Counsel of Record